AO 451 (Rev 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### District of Wyoming

FILED
U.S. DISTRICT COURT
2009 APR 21 A 10: 59
DISTRICT OF UTAH
DEPUTY CLERK

| | | |
|---|---|---|
| WCN/GAN PARTNERS | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 08-CV-83-J |
| ROBERT L. KEYS | ) | |
| Defendant | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 03/12/2009.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 04/15/2009

*CLERK OF COURT*

Deborah L Nielsen

*Signature of Clerk or Deputy Clerk*

---

209mc347
WCN/GAN Partners v. Key



FILED

1:03 pm, 3/12/09
**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NEWTON 1999 CHARITABLE TRUST (9/27/99); WILLIAM C. NEWTON 1998 CHARITABLE REMAINDER UNITRUST #2 (01/15/99); WILLIAM C. NEWTON 1998 CHARITABLE REMAINDER UNITRUST #1 (10/25/98); and NEWTON FOUNDATION (10/25/98), <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT L. KEYS, an individual, <br><br> Defendant. | Case No. 08-CV-83J |

### STIPULATED JUDGMENT

Pursuant to the parties' stipulation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1.  Plaintiffs Newton 1999 Charitable Trust (9/27/99); William C. Newton 1998 Charitable Remainder Unitrust #2 (01/15/99); William C. Newton 1998 Charitable Remainder Unitrust #1 (10/25/98); and Newton Foundation (10/25/98) are hereby awarded judgment against Defendant Robert L. Keys in the principal amount of

$1,790,000.00.

    II.    Interest shall accrue at the rate of nine percent (9%) per annum after judgment, until paid in full.

    III.    The parties shall bear their own fees and costs.

Dated this 12th day of March, 2009.

*[signature]*

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE